Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59655.**—Houbigant, Inc. *v.* United States, protest 149093–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.

**No. 59656.**—Yardley of London, Inc. *v.* United States, protest 167876–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.

**No. 59657.**—Bertrand Freres, Inc., et al. *v.* United States, protests 269616–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59658.**—Camilli Albert & Laloue, Inc., et al. *v.* United States, protests 271481–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59659.**—F. E. Macartney *v.* United States, protests 145701–K, etc. (Duluth).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained as to said items.

**No. 59660.**—Frank P. Dow & Co., Inc. *v.* United States, protest 234329–K (San Francisco).

Opinion by MOLLISON, J. The protest was dismissed.

**No. 59661.**—Gertrude Silverman et al. *v.* United States, protests 246621–K, etc. (New York).

Opinion by MOLLISON, J. The protests were dismissed.

**No. 59662.**—Sol Ticker Co. and H. S. Dorf & Co., Inc. *v.* United States, protest 160932–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

**No. 59663.**—American Home Products Corp. *v.* United States, protests 141595–K, etc. (New York).

Opinion by WILSON, J. An examination of the papers failing to disclose anything which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protests were overruled.